HEMAN STANNARD et al., as Administrators of the Estate of HEMAN STANNARD, Deceased, Respondents, *v.* JOSEPH GREEN, Appellant.

*Stannard* v. *Green.* 62 App. Div. 631, affirmed.
(Argued October 14, 1903; decided October 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 17, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*J. B. McCormick* for appellant.

No one for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

CORA CHESTER TRIPP, Respondent, *v.* GEORGE T. CHESTER, Individually, and as Executor of MARY P. CHESTER, Deceased, Appellant, Impleaded with Others.

*Tripp* v. *Chester,* 66 App. Div. 623, affirmed.
(Argued October 13, 1903; decided October 30, 1903.)

APPEAL from a judgment, entered June 3, 1902, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Frank C. Ferguson* for appellant.

*Adelbert Moot* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.